No. 02–6497. OCAMPO-CASTANEDA, AKA GARCIA, AKA CALDE-RON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6500. O'DONALD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6501. SHERFIELD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6502. REYNA-CASTONON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6503. SCOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6505. ELIAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6506. WILCOX v. FLEMING, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6509. ARZAGA-MURUATO v. UNITED STATES (Reported below: 45 Fed. Appx. 322); CABALLERO-BANDA v. UNITED STATES (45 Fed. Appx. 322); CALVARIO-CERNAS v. UNITED STATES (45 Fed. Appx. 322); GALAN-GARCIA v. UNITED STATES (45 Fed. Appx. 322); CARDENAS-GONZALEZ v. UNITED STATES (45 Fed. Appx. 321); GOMEZ-ANDRADE, AKA SALINAS-FLORES v. UNITED STATES (45 Fed. Appx. 321); LOZOYA-ROMERO v. UNITED STATES (45 Fed. Appx. 321); MARTINEZ-ULLOA, AKA MARTINEZ-ZULLOA, AKA MARTINEZ-VENEZUELA v. UNITED STATES (45 Fed. Appx. 322); RIOS-FLORES v. UNITED STATES (45 Fed. Appx. 322); ROSALES-GARCIA, AKA SANCHEZ, AKA GONZALEZ-ROSALES v. UNITED STATES (45 Fed. Appx. 321); and RUEDA-SAENZ, AKA EZQUIEL-SAENZ v. UNITED STATES (45 Fed. Appx. 322). C. A. 5th Cir. Certiorari denied.

No. 02–6510. DELGADO-CASTILLO v. UNITED STATES; ESPINOZA-MARTINEZ v. UNITED STATES; and SALAS-GAYTAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 321.

No. 02–6511. DEAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.